UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| ARCTIC GLACIER INTERNATIONAL INC., *et al.*,[1] | Case No. 12-10605 (KG) |
| Debtors in a Foreign Proceeding. | (Joint Administration) |

### AFFIDAVIT OF SERVICE

I, Leticia Salas, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the noticing agent for the Debtors in the above-captioned cases.

On March 2, 2012, at my direction and under my supervision, employees of KCC caused to be served the following document via email on the service list attached hereto as **Exhibit A** and via first-class mail on the service list attached hereto as **Exhibit B**:

- **Notice and Filing of the Arctic Glacier DIP Facility Term Sheet** [Docket No. 39]

Dated: March 6, 2012

/s/ Leticia Salas

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of March 2012, by Leticia Salas, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



LYDIA PASTOR NINO
Commission # 1960751
Notary Public - California
Los Angeles County
My Comm. Expires Nov 18, 2015

---

[1] The last four digits of the United States Tax Identification Number or Canadian Business Number, as applicable, follow in parentheses: (i) Arctic Glacier California Inc. (7645); (ii) Arctic Glacier Grayling Inc. (0976); (iii) Arctic Glacier Inc. (4125); (iv) Arctic Glacier Income Fund (4736); (v) Arctic Glacier International Inc. (9353); (vi) Arctic Glacier Lansing Inc. (1769); (vii) Arctic Glacier Michigan Inc. (0975); (viii) Arctic Glacier Minnesota Inc. (2310); (ix) Arctic Glacier Nebraska Inc. (7790); (x) Arctic Glacier New York Inc. (2468); (xi) Arctic Glacier Newburgh Inc. (7431); (xii) Arctic Glacier Oregon, Inc. (4484); (xiii) Arctic Glacier Party Time Inc. (0977); (xiv) Arctic Glacier Pennsylvania Inc. (9475); (xv) Arctic Glacier Rochester Inc. (6989); (xvi) Arctic Glacier Services Inc. (6657); (xvii) Arctic Glacier Texas Inc. (3251); (xviii) Arctic Glacier Vernon Inc. (3211); (xix) Arctic Glacier Wisconsin Inc. (5835); (xx) Diamond Ice Cube Company Inc. (7146); (xxi) Diamond Newport Corporation (4811); (xxii) Glacier Ice Company, Inc. (4320); (xxiii) Ice Perfection Systems Inc. (7093); (xxiv) ICEsurance Inc. (0849); (xxv) Jack Frost Ice Service, Inc. (7210); (xxvi) Knowlton Enterprises Inc. (8701); (xxvii) Mountain Water Ice Company (2777); (xxviii) R&K Trucking, Inc. (6931); (xxix) Winkler Lucas Ice and Fuel Company (0049); (xxx) Wonderland Ice, Inc. (8662). The Debtors' executive headquarters is located at 625 Henry Avenue, Winnipeg, Manitoba, R3A 0V1, Canada.

# **Exhibit A**

Exhibit A
Core First Class Service List

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Manitoba Counsel for Debtor | Aikins MacAulay & Thorvaldson LLP | Attn Hugh A. Adams and G. Bruce Taylor | 360 Main Street | 30th Floor | | Winnipeg | MB | R3C 4G1 | Canada |
| Monitor | Alvarez & Marsal | Philip J. Reynolds | Royal Bank Plaza, South Tower | 200 Bay Street, Suite 2900 | P.O. Box 22 | Toronto | ON | M5J 2J1 | Canada |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St 6th Fl | | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | PO Box 898 | | | Dover | DE | 19903 | |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | |
| Delaware Counsel to Lenders | Drinker Biddle | Attn HowardCohen | 1100 N. Market St., Ste. 1000 | | | Wilmington | DE | 19801-1254 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Counsel to Debtors | Jones Day | Attn Gregory M. Gordon and Daniel P. Winikka and Paul M. Green | 2727 North Harwood Street | | | Dallas | TX | 75201 | |
| Claims and Noticing Agent | Kurtzman Carson Consultants LLC | Travis K. Vandell | 2335 Alaska Avenue | | | El Segundo | CA | 90245 | |
| Toronto Counsel for Debtor | McCarthy Tetrault LLP | Attn Kevin P. McElcheran | Box 48 | Suite 5300 | Toronto Dominion Bank Tower | Toronto | ON | M5K 1E6 | Canada |
| US Counsel to Prepetition Secured and DIP Lenders | Milbank Tweed Hadley & McCloy LLP | Attn Abhilash M. Raval & Cindy Chen Delano | 1 Chase Manhattan Plaza | | | New York | NY | 10005 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | David Klauder | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19899-0035 | |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | | Wilmington | DE | 19801 | |
| Canadian Counsel to the Monitor | Osler Hoskin & Harcourt LLP | Attn Marc Wasserman and Jeremy Dacks | 100 King Street West | 1 First Canadian Place Suite 6100 | P.O. Box 50 | Toronto | ON | M5X 1B8 | Canada |
| Co-Counsel to Debtors | Richards Layton Finder PA | Attn Daniel DeFrancheschi | One Rodney Square | 920 North King Street | | Wilmington | DE | 19801 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | | Philadelphia | PA | 19106-1532 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | 3 World Financial Center Ste 400 | | | New York | NY | 10281-1022 | |
| Main Counsel to Lenders | Torys LLP | Attn Scott A. Bomhof and Tony DeMarinis | Suite 3000 | 79 Wellington Street West | Box 270 | Toronto | ON | M5K 1N2 | Canada |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | | Wilmington | DE | 19899-2046 | |
| US DOJ | US Department of Justice | Kevin C Culum & Donald M Lyon & Machelle L Jindra | Anti Trust Division | 801 W Superior Ave 14th Fl | Carl B Stokes US Court House | Cleveland | OH | 44113-1857 | |
| Counsel to the Monitor and Foreign Representative | Willkie Farr & Gallagher LLP | Attn Mary K. Warren and Alex W. Cannon and Marc Abrams | 787 Seventh Avenue | | | New York | NY | 10019 | |
| Co-Counsel to the Monitor and Foreign Representative | Young Conway Stargatt & Taylor LLP | Attn Matthew B. Lunn and Robert S. Brady | Rodney Square | 1000 North King Street | | Wilmington | DE | 19801 | |

# **<u>Exhibit B</u>**

**Exhibit B**
**Core Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Manitoba Counsel for Debtor | Aikins MacAulay & Thorvaldson LLP | Attn Hugh A. Adams and G. Bruce Taylor | haa@aikins.com<br>gbt@aikins.com |
| Monitor | Alvarez & Marsal | Philip J. Reynolds | preynolds@alvarezandmarsal.com |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax | DOSDOC_WEB@state.de.us |
| DE Secretary of Treasury | Delaware Secretary of Treasury | | statetreasurer@state.de.us |
| Delaware Counsel to Lenders | Drinker Biddle | Attn HowardCohen | Howard.Cohen@dbr.com |
| IRS | Internal Revenue Service | Insolvency Section | susanne.larson@irs.gov |
| Counsel to Debtors | Jones Day | Attn Gregory M. Gordon and Daniel P. Winikka and Paul M. Green | gmgordon@jonesday.com<br>dpwinikka@jonesday.com<br>pmgreen@JonesDay.com |
| Toronto Counsel for Debtor | McCarthy Tetrault LLP | Attn Kevin P. McElcheran | kmcelcheran@mccarthy.ca |
| US Counsel to Prepetition Secured and DIP Lenders | Milbank Tweed Hadley & McCloy LLP | Attn Abhilash M. Raval & Cindy Chen Delano | araval@milbank.com<br>cdelano@milbank.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | David Klauder | David.Klauder@usdoj.gov |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | attorney.general@state.de.us |
| Canadian Counsel to the Monitor | Osler Hoskin & Harcourt LLP | Attn Marc Wasserman and Jeremy Dacks | mwasserman@osler.com<br>jdacks@osler.com |
| Co-Counsel to Debtors | Richards Layton Finder PA | Attn Daniel DeFrancheschi | defranceschi@rlf.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | George S Canellos Regional Director | secbankruptcy@sec.gov |
| Main Counsel to Lenders | Torys LLP | Attn Scott A. Bomhof and Tony DeMarinis | sbomhof@torys.com<br>tdemarinis@torys.com |
| US Attorneys Office | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| US DOJ | US Department of Justice | Kevin C Culum & Donald M Lyon & Machelle L Jindra | kevin.culum@usdoj.gov |
| Counsel to the Monitor and Foreign Representative | Willkie Farr & Gallagher LLP | Attn Mary K. Warren and Alex W. Cannon and Marc Abrams | mabrams@willkie.com<br>mwarren@willkie.com<br>acannon@willkie.com |
| Co-Counsel to the Monitor and Foreign Representative | Young Conway Stargatt & Taylor LLP | Attn Matthew B. Lunn and Robert S. Brady | rbrady@ycst.com<br>mlunn@ycst.com |